UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HARTFORD ACCIDENT & INDEMNITY COMPANY,

                       Plaintiff,

   - against -

CRAIG M. HEATWOLE and MITCHELL
HEATWOLE,

                      Defendants.
-------------------------------------------------------------------x

24-CV-202 (CS)

**ORDER**

Seibel, J.

    Plaintiff commenced this action on January 10, 2024, but never responded to the Clerk of Court's notification that a civil cover sheet was required and never sought summonses. More than ninety days have elapsed since the complaint was filed, and Plaintiff has failed to effect service.

    This action will be dismissed without prejudice unless Plaintiff, no later than June 19, 2024, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated: May 20, 2024
       White Plains, New York

                                                          _____
                                                           CATHY SEIBEL, U.S.D.J.